AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States of America
v.
DANIEL ALAN BAKER
)
)
) Case No.   4:21mj9-MAF
)
)
)
*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL ALAN BAKER                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
   Transmission In Interstate Commerce Of A Communication Containing A Threat To Kidnap Any Person Or Threat To Injure The Person of Another, in viuolation of Toitle 18, United states Code, Section 875(c)

Date:  1/14/2021                                         _____
                                                                    *Issuing officer's signature*

City and state:  Tallahassee, Florida            CHARLES A. STAMPELOS, U.S. Magistrate Judge
                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/14/2021 , and the person was arrested on *(date)* 1/15/2021
at *(city and state)* Tallahassee, FL

Date: 1/15/2021                                          _____
                                                                    *Arresting officer's signature*

                                                                    SA Nicholas Marsh
                                                                    *Printed name and title*

FILED USDC FLND TL
JAN 15 '21 PM1:46